■ EVERETT KARTEN et al., Doing Business as KARTEN & BRESLIN, Appellants, v. ALEC WEINER, Respondent.— In an action by licensed real estate

brokers to recover a commission, the appeal is by permission of this court from a determination of the Appellate Term which (1) reversed a judgment of the District Court, Nassau County, First District, in favor of the brokers, and (2) dismissed the complaint. Order unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.